IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ALEX MUBARAC, | ) | CASE NO. 17-CV-2557 |
| Plaintiff, | ) | |
| vs. | ) | JUDGE DONALD C. NUGENT |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) | <u>ORDER ADOPTING REPORT AND RECOMMENDATION</u> |
| Defendant. | ) | |

This matter comes before the Court upon the Report and Recommendation of Magistrate Judge Thomas M. Parker, which was issued on December 11, 2017 (ECF #4). For the following reasons, the Report and Recommendation, is hereby ADOPTED.

Plaintiff, Mr. Mubarac, filed a Complaint challenging the final decision of the Commissioner of Social Security, denying his application for benefits under the Social Security Act, 42 U.S.C. §§ 423 *et seq.* (ECF #1). Along with this Complaint, Mr. Mubarac filed a Motion to Proceed *in forma pauperis* ("IFP"). (ECF #2).

Magistrate Judge Parker reviewed the financial information Mr. Mubarac provided in the Motion to Proceed IFP, and determined that Mr. Mubarac and his spouse have enough financial resources to pay the court's filing fee. Therefore, Magistrate Judge Parker ruled that Mr. Mubarac is not eligible to proceed IFP in this case and recommended that the Court deny Mr. Mubarac's IFP application and require him to pay the filing fee.

Mr. Mubarac did not file an Objection to the Magistrate Judge's report. However, on January 16, 2018, Mr. Mubarac did pay the filing fee of $400.00 by and through the law firm of Wilson & Gillissie. Therefore, the filing fee issue is now moot.

The Court has reviewed *de novo* the Report and Recommendation, *see Ohio Citizen Action v. City of Seven Hills*, 35 F. Supp. 2d 575, 577 (N.D. Ohio 1999), and ADOPTS the Report and Recommendation in its entirety. Therefore, Mr. Mubarac's Motion to Proceed IFP (ECF #2) is DENIED.

IT IS SO ORDERED.

/s/ Donald C. Nugent
DONALD C. NUGENT
United States District Judge

DATED: January 30, 2018